IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | |
|---|---|
| EchoStar Technologies Corporation, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>TiVo Inc., a Delaware corporation, and Humax USA, Inc., a Delaware corporation,<br><br>Defendants. | No. 5-05cv00081 DF<br>(Judge Folsom)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the settlement agreement between EchoStar and TiVo dated April 29, 2011. Having considered the motion and the files and records herein, the Court hereby orders:

1. All claims and counterclaims brought by Plaintiff and Defendants in this matter are hereby DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs and attorneys' fees.

**SIGNED this 3rd day of May, 2011.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE